**ORDERED SEALED BY COURT**

Unsealed 6/5/08

FID No. 1504372

ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

JOSE ALBERTO MARQUEZ et al.,

**WARRANT FOR ARREST**

Magistrate Case No.

'08 MJ 1756

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST: JULIA MORONES**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a

FILED
JUN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  KNH  DEPUTY

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

The complaint charges defendant JULIA MORONES with conspiracy to distribute methamphetamine and aiding and abetting in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

SEALED by Order of
Magistrate Judge Leo S. Papas
Date JUN 4 2008

Leo S. Papas
US Magistrate Judge

RECEIVED
JUN -4 A 11:13
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

Honorable Leo S. Papas
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

June 4, 2008, San Diego, California
Date and Location

(By) Deputy Clerk

Bail Fixed at $ To be set in Court

by  LEO S. PAPAS
Name of Judicial Officer        LEO S. PAPAS

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  DATE 6/5/08  ARRESTED BY  FBI  STEVEN C. STAFFORD  ACTING U.S. MARSHAL  BY | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II "J"

(3559 Dist of Meth)