```
 1  STEPHEN D. DEMIK
    California State Bar No. 221167
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5030
    Telephone No. (619) 234-8467
 4  Email: Stephen_Demik@fd.org

 5  Attorneys for Ms. Morones

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   CASE NO. 08MJ1756
                                     )
11              Plaintiff,           )
                                     )
12  v.                               )
                                     )   NOTICE OF APPEARANCE
13  JULIA MORONES,                   )
                                     )
14              Defendant.           )
                                     )
15  _____    )
```

16         Pursuant to implementation of the CM/EMF procedures in the Southern District of

17 California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

18 attorney in the above-captioned case.

19                                                Respectfully submitted,

20

21 Dated:  June 11, 2008                           /s/ *STEPHEN D. DEMIK*
                                                  Federal Defenders of San Diego, Inc.
22                                                Attorneys for Defendant
                                                  Stephen_Demik@fd.org
23

1 **CERTIFICATE OF SERVICE**

2       Counsel for Defendant certifies that the foregoing is true and accurate to the best

3 information and belief, and that a copy of the foregoing document has been caused to be delivered this day

4 upon:

5       Courtesy Copy to Chambers

6       Copy to Assistant U.S. Attorney via ECF NEF

7       Copy to Defendant

8

9 Dated: June 11, 2008       /s/ STEPHEN D. DEMIK
       Federal Defenders of San Diego, Inc.
10       225 Broadway, Suite 900
       San Diego, CA 92101-5030
11       (619) 234-8467 (tel)
       (619) 687-2666 (fax)
12       Stephen_Demik@fd.org (email)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2